U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 12 2005

ROBERT H. SHEMWELL, CLERK
BY_____
        DEPUTY

RECEIVED
AUG - 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **ELDRIDGE HARMON** | **CIVIL ACTION NO. 05-0323-LO** |
| VS. | JUDGE DOHERTY |
| **ROBERTO GONZALES, ET AL.** | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this _____ day of ____August____, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE